| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Finton E DeCoteau** | Social Security number or ITIN  **xxx–xx–5567** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Tanya L DeCoteau** | Social Security number or ITIN  **xxx–xx–4058** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **District of New Jersey** | |
| Case number: | **11–32907–JKS** | |

# Order of Discharge                                                                                                     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Finton E DeCoteau                                  Tanya L DeCoteau

<u>11/7/16</u>                                     **By the court:**    <u>John K. Sherwood</u>
                                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                        United States Bankruptcy Court
                             District of New Jersey

In re:                                                      Case No. 11-32907-JKS
Finton E DeCoteau                                           Chapter 13
Tanya L DeCoteau
       Debtors                      CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin         Page 1 of 2          Date Rcvd: Nov 07, 2016
                             Form ID: 3180W      Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2016.
db/jdb        Finton E DeCoteau,    Tanya L DeCoteau,    114 S Oraton Pkwy, 2nd Fl,
               East Orange, NJ  07018-4006
cr           +JPMorgan Chase Bank, N.A.,    201 N. Central Ave., Floor 11,    Phoenix, AZ 85004-1071
512230754    +Arrow Financial Servic,    5996 W Touhy Ave,    Niles, IL 60714-4610
512230755     Chase Auto,    Attn: Credit Bureau Dept,    Fort Worth, TX  76101
512304143     Chase Auto Finance,    PO Box 901032,    Ft. Worth, TX 76101-2032
512230756    +Eichenbaum Kantrowitz Leff,    10 Forrest Avenue,    Paramus, NJ 07652-5238
512230764   ++MARLIN MEDCLR INOVISION,    507 PRUDENTIAL ROAD,    HORSHAM PA 19044-2308
              (address filed with court: Nco- Medclr,    Po Box 8547,    Philadelphia, PA  19101)
512230763    +McCabe, Weisberg & Conway, PC,    216 Haddon Ave, Ste 303,    Westmont, NJ 08108-2811
512230765    +NJ Division Of Taxation,    PO Box 245,    Trenton, NJ 08602-0245
512230766    +Pinnacle Credit Servic,    7900 Highway 7 # 100,    Saint Louis Park, MN 55426-4045
512431727   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,    Division of Taxation,   Compliace Activity,
                POB 245,    Trenton, NJ 08695)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Nov 08 2016 00:06:29     U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 08 2016 00:06:27     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
512230753    +EDI: RMCB.COM Nov 07 2016 23:38:00      Amca,    2269 S Saw Mill,   Elmsford, NY 10523-3832
512354692     EDI: RESURGENT.COM Nov 07 2016 23:38:00      B-Line, LLC,    MS 550,   PO Box 91121,
               Seattle, WA 98111-9221
512410625     EDI: CAPIO.COM Nov 07 2016 23:38:00      Capio Partners LLC,    Quantum3 Group LLC,   PO Box 788,
               Kirkland, WA  98083-0788
512639347    +EDI: RESURGENT.COM Nov 07 2016 23:38:00      East Bay Funding, LLC,
               c/o Resurgent Capital Services,    PO Box 288,    Greenville, SC 29602-0288
512230757    +E-mail/Text: fggbanko@fgny.com Nov 08 2016 00:05:36     Foster Garbus & Garbus,    7 Banta Place,
               Hackensack, NJ 07601-5604
513312868     EDI: RMSC.COM Nov 07 2016 23:38:00      GE Capital Retail Bank,
               c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami, FL 33131-1605
512347928     EDI: RESURGENT.COM Nov 07 2016 23:38:00      GE Money Bank,    c/o B-Line, LLC,   MS 550,
               PO Box 91121,    Seattle, WA 98111-9221
512230758    +EDI: RMSC.COM Nov 07 2016 23:38:00      Gemb/funancing,    Po Box 981439,
               El Paso, TX 79998-1439
512230759    +EDI: HFC.COM Nov 07 2016 23:38:00      Hsbc Bank,    Po Box 5253,   Carol Stream, IL 60197-5253
512230760     EDI: IRS.COM Nov 07 2016 23:38:00      Internal Revenue Service,
               Centralized Insolvency Operations,    PO Box 21126,    Philadelphia, PA  19114-0326
512347213     EDI: JEFFERSONCAP.COM Nov 07 2016 23:38:00      Jefferson Capital Systems LLC,    PO BOX 7999,
               SAINT CLOUD MN 56302-9617
512553061     EDI: RESURGENT.COM Nov 07 2016 23:38:00      LVNV Funding LLC,    Resurgent Capital Services,
               PO Box 10587,    Greenville, SC 29603-0587
512571275    +EDI: RESURGENT.COM Nov 07 2016 23:38:00      LVNV Funding, LLC,
               c/o Resurgent Capital Services, LP,    P.O. Box 10675,    Greenville, SC 29603-0675
512230761    +EDI: RESURGENT.COM Nov 07 2016 23:38:00      Lvnv Funding Llc,    Po Box 740281,
               Houston, TX 77274-0281
512230762     E-mail/Text: camanagement@mtb.com Nov 08 2016 00:06:10     M And T Bank,    1 Fountain Plaza,
               Buffalo, NY  14203
512428513     E-mail/Text: camanagement@mtb.com Nov 08 2016 00:06:10     M&T Bank,    PO Box 1288,
               Buffalo, NY 14240-1288
512969656    +E-mail/Text: bknotice@ncmllc.com Nov 08 2016 00:06:39     National Capital Management, LLC.,
               8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741
513312869     EDI: RECOVERYCORP.COM Nov 07 2016 23:38:00      Recovery Management Systems Corporation,
               25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
                                                                                               TOTAL: 20

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
512230752   ##+Accurate Billing Servi,    1214 1st Ave Ste 204,    Columbus, GA 31901-4237
                                                                                              TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Nov 07, 2016
                              Form ID: 3180W           Total Noticed: 31
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2016 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    M&T Bank NJECFMAIL@mwc-law.com
              Denise E. Carlon    on behalf of Creditor    M&T Bank bankruptcynotice@zuckergoldberg.com,
               bkgroup@kmllawgroup.com
              Harvey I. Marcus    on behalf of Debtor Finton E DeCoteau him@lawmarcus.com
              Harvey I. Marcus    on behalf of Joint Debtor Tanya L DeCoteau him@lawmarcus.com
              Jaimie A Slosberg    on behalf of Creditor    GE Money Bank jaimieslosberg@gmail.com,
               jaimieslosberg@yahoo.com
              John R. Morton, Jr.    on behalf of Creditor    JPMorgan Chase Bank, N.A.
               mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com
              Joshua I. Goldman    on behalf of Creditor    M&T Bank jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Marisa Myers Cohen    on behalf of Creditor    M&T Bank mcohen@mwc-law.com,    jhillier@mwc-law.com
                                                                                             TOTAL: 9
```